No. 91–952. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* ACTION FOR CHILDREN'S TELEVISION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari. JUSTICE THOMAS took no part in the consideration or decision of these petitions. Reported below: 290 U. S. App. D. C. 4, 932 F. 2d 1504.

No. 91–966. MICHIGAN *v.* MASON. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1148. SOUTH CAROLINA *v.* MANNING. Sup. Ct. S. C. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–995. DEL TUFO, ATTORNEY GENERAL OF NEW JERSEY, ET AL. *v.* IVY CLUB. C. A. 3d Cir. Motion of Tiger Inn for leave to file a brief as *amicus curiae* out of time denied. Certiorari denied.

No. 91–1072. UTAH *v.* SAMPSON. Ct. App. Utah. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 91–1109. CAMOSCIO *v.* ROUSE, JUDGE. Sup. Jud. Ct. Mass. Motion of petitioner for an order to direct respondent to correct the court docket denied. Certiorari denied.

No. 91–1117. SOUTHWESTERN BELL TELEPHONE CO. *v.* LANGSTON ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 91–1166. PHONETELE, INC. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 91–789. GRUNST *v.* UNITED STATES ET AL., 502 U. S. 1034;
No. 91–6312. DAMIAN *v.* FEDERAL EXPRESS CORP., 502 U. S. 1050;

No. 91–6390.   KENT *v.* DEPARTMENT OF LABOR, 502 U. S. 1042;
No. 91–6438.   NEWCOMB *v.* INGLE ET AL., 502 U. S. 1044; and
No. 91–6472.   JOHNSON *v.* UNITED STATES, 502 U. S. 1063.
Petitions for rehearing denied.

## MARCH 3, 1992

No. 91–7476 (A–651).   ELLIS *v.* TEXAS.   Ct. Crim. App. Tex.
Application for stay of execution of sentence of death, presented
to JUSTICE SCALIA, and by him referred to the Court, denied.
Certiorari denied.   JUSTICE BLACKMUN and JUSTICE SOUTER
would grant the application for stay of execution.

No. 91–7477 (A–652).   ELLIS *v.* COLLINS, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir.   Application for stay of execution of sentence of
death, presented to JUSTICE SCALIA, and by him referred to
the Court, denied.   Certiorari denied.   JUSTICE BLACKMUN and
JUSTICE SOUTER would grant the application for stay of execu-
tion.

## MARCH 6, 1992

No. 91–891.   EICHLEAY CORP. *v.* INTERNATIONAL ASSOCIA-
TION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS
ET AL.   C. A. 3d Cir.   Certiorari dismissed under this Court's
Rule 46.

No. 91–7240 (A–641).   ROBISON *v.* OKLAHOMA.   Ct. Crim. App.
Okla.   Application for stay of execution of sentence of death, pre-
sented to JUSTICE WHITE, and by him referred to the Court,
denied.   Certiorari denied.

## MARCH 9, 1992

No. 91–1182.   CITY OF EMPORIA, KANSAS *v.* RENFRO ET AL.
C. A. 10th Cir.   Certiorari dismissed under this Court's Rule 46.